No. 410
PEER v. EDICK
Ohio Appeals, 9th Dist., Lorain County
No. 279. Decided April 25, 1924

707. LEASE—Lessee liable for breach of lease by vacting premises unless there is a waiver or a release—Where a lessee cannot prove a waiver or release, he is liable to the lessor for damages.

PER CURIAM.
Epitomized Opinion
Published Only in Ohio Law Abstract

This was an action to recover for a breach of a lease. Peer and others had entered into a lease with Edick to pay a rental of $100 per month for certain premises for a period of five years. Before the expiration of five years Peer moved out. Peer claimed that the plaintiff had orally agreed to release him from the lease if a certain door was put up. This door was put up and closed, but Peer did not move out for five or six months after the door had been closed. A jury returned a verdict for the plaintiff, whereupon Peer prosecuted error. In sustaining the judgment of the lower court, the Court of Appeals held:

1. Under the evidence the plaintiff was clearly entitled to recover a judgment for the breach of this lease unless he accepted a surrender of said lease or unless he had agreed to release the tenant upon the closing of a certain door.

2. As the burden of proof was upon the defendant to bring his case within one of these exceptions, the jury was justified in finding for the plaintiff, and it cannot be said that this verdict was manifestly against the weight of the evidence.

Attorneys—Wm. F. Hurley and F. A. Stetson, Elyria, for Peer; G. A. Resek, Lorain, for Edick.